UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA <br><br> v. <br><br> ROBERT MONTEIRO, <br><br>    Defendant. | Criminal No. <br> 21-10231-7-FDS |

## VERDICT FORM

**COUNT 1:** Conspiracy to Possess a Controlled Substance with the Intent to Distribute and to Distribute It

We, the jury, as to Count One (Conspiracy to Possess a Controlled Substance with the Intent to Distribute and to Distribute It), find defendant Robert Monteiro:

_____ Not Guilty          __✓__ Guilty

Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.

FOREPERSON: _Kathn Burke_          DATE: _7/25/24_